IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DENNIS DEWAYNE SCOTT, | : |
| Plaintiff, | : |
| vs. | : Civil Action File No. |
| | : **7:04-CV-19 (HL)** |
| ASHLEY PAULK, et al., | : |
| Defendants. | : |

_____

**RECOMMENDATION AND ORDER**

Defendants have filed a notice of withdrawal of their motion for summary judgment without prejudice.  The undersigned deems it advisable treat this notice as a motion to withdraw.  There are ongoing discovery issues that the parties are in the process of resolving.  This discovery is necessary to make a proper determination of defendants' motion for summary judgment on its merits.  Therefore, it is the RECOMMENDATION of the undersigned that defendants' motion be **GRANTED** and that defendants' motion for summary judgment be DISMISSED without prejudice to their right to refile once the discovery issues have been resolved.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

Plaintiff has also filed a motion for an extension of time in which to complete discovery in light of the current discovery issues.  Plaintiff's motion is **GRANTED**.  Plaintiff may have an additional THIRTY (30) DAYS from the date of this order to complete discovery.

**SO RECOMMENDED AND ORDERED**, this 6th day of September, 2005.

                 //S Richard L. Hodge
                 RICHARD L. HODGE
                 UNITED STATES MAGISTRATE JUDGE

msd