IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| DENNIS DWAYNE SCOTT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| VS. | : | NO.  7:04-CV-19 (HL) |
| | : | |
| ASHLEY PAULK, Lowndes County Sheriff, MATTHEW BRADSHAW, and BILLY COPE, State Trooper, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

Presently pending herein are two motions filed by the plaintiff while he was proceeding *pro se* which are addressed herein.

*Motion for and Extension of Time in which to Complete Discovery*

Plaintiff filed this motion March 5, 2005.  On or about March 23, 2005, Attorney Kenneth B. Still agreed to represent this plaintiff.  Subsequent to the involvement of Mr. Still on plaintiff's behalf the court granted extensions of time to allow additional discovery which has now been completed.  This motion is therefore moot and **DENIED** for that reason.

*Motion for the Appointment of an Expert Witness*

Plaintiff, who was evidently shot by defendant Cope during the course of plaintiff's apprehension seeks the appointment of some type of gunshot expert.  Although plaintiff has been allowed to proceed in this matter *in forma pauperis,* this only allows him the opportunity to pay the civil filing fee in installments as opposed to paying the total fee at the time of the filing of the complaint.  The court does not pick out experts for the litigants.  Nor does it appoint or pay them.

Plaintiff's motion seeking the appointment of an expert witness is therefore **DENIED.**

The motion for summary judgment filed by defendant Cope will be considered in the near futhre.

SO ORDERED, this 8th day of November 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE