IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DENNIS DWAYNE SCOTT, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:04-CV-19 (HL) |
| ASHLEY PAULK, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 44) filed August 9, 2006, has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed withing the time allotted.

**SO ORDERED,** this the 30th day of August, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**